People v Harper. Appeal from Bay, John X. Theiler, J. Submitted Division 3 February 1, 1972, at Grand Rapids. (Docket No. 12731.) Decided February 21, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, and *Eugene C. Penzien*, Prosecuting Attorney, for the people.

*James G. Orford*, for defendant on appeal.

Before: R. B. Burns, P. J., and Holbrook and T. M. Burns, JJ.

Memorandum Opinion. Defendant pleaded guilty to assault with intent to rob, being armed. MCLA 750.89; MSA 28.284. He was sentenced to 5 to 20 years in prison and appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.

People v Broome. Appeal from Recorder's Court of Detroit, Robert J. Colombo, J. Submitted Division 1 February 1, 1972, at Detroit. (Docket No. 12992.) Decided February 21, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Charles Burke*, for defendant on appeal.

Before: V. J. Brennan, P. J., and J. H. Gillis and O'Hara, JJ.

Memorandum Opinion. Defendant pleaded guilty to murder in the second degree and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.